UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

REGIS GONZALEZ,

    Plaintiff,

v.                                                       CASE NO. 8:20-cv-02408-SPF

AMERICAN SECURITY INSURANCE COMPANY,

    Defendant.
_____/

**ORDER OF DISMISSAL WITH PREJUDICE**

THIS MATTER having come before this Court upon the parties' Stipulation of Dismissal with Prejudice, and the Court, being fully advised in the premises, it is

ORDERED AND ADJUDGED that the action is dismissed with prejudice, including all claims that were or could have been raised in this action. Each party shall bear its own costs and attorney's fees.

ORDERED this 6th day of August 2021.

_____
SEAN P. FLYNN
UNITED STATES MAGISTRATE JUDGE

Copies furnished:

All Counsel of Record